NUMBER
13-10-00665-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

STEVEN POPP AND
ALICIA POPP,                                   APPELLANTS,

 

                                                             v.

 

DAVID MARSHALL AND
SKM GUNITE,                                APPELLEES. 

____________________________________________________________

 

                              On
Appeal from the 24th District Court 

                                        of
Victoria County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

            Before Chief Justice Valdez and Justices Rodriguez and Perkes

Memorandum Opinion
Per Curiam

 








Appellants,
Steven Popp and Alicia Popp, perfected an appeal from a judgment entered by the
24th District Court of Victoria County, Texas, in cause number 08-4-67075-A. 
Appellants have filed a voluntary motion to dismiss the appeal and request that
this Court dismiss the appeal.

The
Court, having considered the documents on file and appellants’ motion to
dismiss the appeal, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a). 
Appellants’ motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent agreement of the
parties, the court will tax costs against the appellant.").  Having
dismissed the appeal at appellants’ request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the 

17th day of February, 2011.